## No. 3.

GAFFIELD *against* ENOS ET AL. TRUSTEES OF PARKER.
*Caledonia*, 1819.

*Plea*—In *abatement*, by Parker—That he was not a concealed or absconding debtor.

*Judgment*—That the plea is insufficient, and that defendant answer over in a better plea.